No. 262.   SEAS SHIPPING Co., INC. *v.* APPROXIMATELY 3,251,000 FEET OF LUMBER ET AL.   October 9, 1933.   Pe-

tition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Frank V. Barns* for petitioner. *Mr. George DeForest Lord* for respondents.